| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | **Nadav J. Praff**<br>First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–3351<br>EIN:   _ _ – _ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court:   District of New Jersey | | Date case filed for chapter:   7   12/13/24 |
| Case number:   24–22220–JKS | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Nadav J. Praff | | |
| 2. | **All other names used in the last 8 years** | aka Nadav Jacob Praff DDS | | |
| 3. | **Address** | 140 Hepburn Road, Apt. 14G<br>Clifton, NJ 07012 | | |
| 4. | **Debtor's attorney**<br>Name and address | Michael Schwartzberg<br>650 Bloomfield Ave, Suite 100<br>Bloomfield, NJ 07003 | | Contact phone (973) 743–7733<br><br>Email: michael@jerseylaws.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Steven P. Kartzman<br>Mellinger Kartzman LLC<br>101 Gibraltar Drive, Suite 2F<br>07950<br>Morris Plains, NJ 07950 | | Contact phone 973–267–0220 |

**For more information, see page 2 >**

Debtor  **Nadav J. Praff**                                                                                    Case number **24–22220–JKS**

| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | MLK Jr Federal Building 50 Walnut Street Newark, NJ 07102 Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) Contact phone 973–645–4764 Date: 12/16/24 |
|---|---|---|---|
| 7. | **Meeting of creditors** **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.** All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **January 15, 2025 at 11:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 314 082 9480, Click on JOIN using passcode 0318226334, or call 1–862–375–1228** For additional meeting information go to https://www.justice.gov/ust/moc |
| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 3/17/25** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-22220-JKS |
| Nadav J. Praff | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 16, 2024 | Form ID: 309A | Total Noticed: 20 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nadav J. Praff, 140 Hepburn Road, Apt. 14G, Clifton, NJ 07012-2228 |
| tr | + | Steven P. Kartzman, Mellinger Kartzman LLC, 101 Gibraltar Drive, Suite 2F, 07950, Morris Plains, NJ 07950-1287 |
| 520484345 | + | 21st Dental Laboratory, 2300 Marcus Avenue, New Hyde Park, NY 11042-1058 |
| 520484346 | + | Amtouch Dental Supply, 28703 Industry Drive, Valencia, CA 91355-5414 |
| 520484349 | + | Discus Dental LLC, PO Box 847632, Dallas, TX 75284-7632 |
| 520484351 | + | Mt. Sinai, PO Box 23062, New York, NY 10087-0001 |
| 520484355 | + | St. Jospeh's Regional Med Ctr, PO Box 32025, New York, NY 10087-2025 |
| 520484357 | + | Suffern Plaza, LLC, 78 Lafayette Avenue, Suffern, NY 10901-5550 |
| 520484359 | + | Volkswagen Financial Services, PO Box 5215, Carol Stream, IL 60197-5215 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: michael@jerseylaws.com | Dec 16 2024 20:56:00 | Michael Schwartzberg, 650 Bloomfield Ave, Suite 100, Bloomfield, NJ 07003 |
| tr | + | EDI: BSKARTZMAN | Dec 17 2024 01:38:00 | Steven P. Kartzman, Mellinger Kartzman LLC, 101 Gibraltar Drive, Suite 2F, 07950, Morris Plains, NJ 07950-1287 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 16 2024 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 16 2024 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520484347 | | Email/Text: teodora.oghina@csdental.com | Dec 16 2024 20:56:00 | Carestream Dental LLC, 3625 Cumberland Boulevard, Suite 700, Atlanta, GA 30339 |
| 520484348 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 16 2024 21:25:49 | Credit One, PO Box 60500, City of Industry, CA 91716-0500 |
| 520484350 | + | EDI: IRS.COM | Dec 17 2024 01:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520484352 | ^ | MEBN | Dec 16 2024 20:54:59 | NewRez, c/o PHH Financial Services, PO Box 24738, West Palm Beach, FL 33416-4738 |
| 520484353 | + | Email/Text: bkdepartment@rtresolutions.com | Dec 16 2024 20:58:00 | Real Time Solutions, 1349 Empire Central Drive, Suite 150, Dallas, TX 75247-4029 |
| 520484354 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 16 2024 20:57:00 | Rushmore Servicing, PO Box 818060, 5801 Postal Road, Cleveland, OH 44181-2184 |
| 520484356 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 16 2024 20:58:00 | State of New York, Department of Taxation and Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 520484358 | + | Email/Text: PDELINQ@sba.gov | Dec 16 2024 20:57:00 | U.S. Small Business Administration, |

District/off: 0312-2                          User: admin                                      Page 2 of 2

Date Rcvd: Dec 16, 2024                       Form ID: 309A                                     Total Noticed: 20

CESC-COVID EODL Dervice Center, 14925
Kingsport Road, Fort Worth, TX 76155-2243

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2024                Signature:        /s/Gustava Winters