UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No.:  24-22220-JKS |
| Nadav J. Praff, | Chapter 7 |
| Debtor(s). | Judge:  John K. Sherwood |

## NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:        U.S. Bankruptcy Court
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the *Honorable John K. Sherwood on February 25, 2025 at 10:00 a.m.* at the United States Bankruptcy Court, Courtroom no. 3D. *(Hearing date must be at least 28 days from the date of this notice).*  If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description of property:  911 S. Duke Street, Lancaster, PA

Value of property:  $ 75,000 (Per valuation provided by Debtor)

Less about 10% costs of sale:  $ 7,500

Liens on property:        $ 89,396.33 (NewRez Mortgage Statement)

Amount of equity claimed as exempt:  $ 1.00 (d)(5)

Objections must be served on, and requests for additional information directed to:

Name:        Steven P. Kartzman, Esq., Chapter 7 Trustee, c/o Mellinger Kartzman LLC

Address:        101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone:        973.267.0220

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-22220-JKS |
| Nadav J. Praff | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 27, 2025 | Form ID: pdf905 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nadav J. Praff, 140 Hepburn Road, Apt. 14G, Clifton, NJ 07012-2228 |
| 520484345 | + | 21st Dental Laboratory, 2300 Marcus Avenue, New Hyde Park, NY 11042-1058 |
| 520484346 | + | Amtouch Dental Supply, 28703 Industry Drive, Valencia, CA 91355-5414 |
| 520484349 | + | Discus Dental LLC, PO Box 847632, Dallas, TX 75284-7632 |
| 520484351 | + | Mt. Sinai, PO Box 23062, New York, NY 10087-0001 |
| 520484355 | + | St. Jospeh's Regional Med Ctr, PO Box 32025, New York, NY 10087-2025 |
| 520484357 | + | Suffern Plaza, LLC, 78 Lafayette Avenue, Suffern, NY 10901-5550 |
| 520484359 | + | Volkswagen Financial Services, PO Box 5215, Carol Stream, IL 60197-5215 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 27 2025 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 27 2025 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Jan 27 2025 20:38:00 | U.S. Bank National Association, as successor in in, ATTN: Bankruptcy Department, P O Box 24605, West Palm Beach, FL 33416-4605 |
| 520484347 | | Email/Text: teodora.oghina@csdental.com | Jan 27 2025 20:38:03 | Carestream Dental LLC, 3625 Cumberland Boulevard, Suite 700, Atlanta, GA 30339 |
| 520484348 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 27 2025 20:46:48 | Credit One, PO Box 60500, City of Industry, CA 91716-0500 |
| 520484350 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 27 2025 20:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520484352 | ^ | MEBN | Jan 27 2025 20:37:35 | NewRez, c/o PHH Financial Services, PO Box 24738, West Palm Beach, FL 33416-4738 |
| 520484353 | + | Email/Text: bkdepartment@rtresolutions.com | Jan 27 2025 20:39:00 | Real Time Solutions, 1349 Empire Central Drive, Suite 150, Dallas, TX 75247-4029 |
| 520484354 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 27 2025 20:39:00 | Rushmore Servicing, PO Box 818060, 5801 Postal Road, Cleveland, OH 44181-2184 |
| 520484356 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jan 27 2025 20:40:00 | State of New York, Department of Taxation and Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 520484358 | + | Email/Text: PDELINQ@sba.gov | Jan 27 2025 20:39:00 | U.S. Small Business Administration, CESC-COVID EODL Dervice Center, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |

TOTAL: 11

District/off: 0312-2                                    User: admin                                    Page 2 of 2

Date Rcvd: Jan 27, 2025                                 Form ID: pdf905                               Total Noticed: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Danielle Boyle-Ebersole | on behalf of Creditor NATIONSTAR MORTGAGE LLC dboyle-ebersole@hoflawgroup.com  ckohn@hoflawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor U.S. Bank National Association  as successor in interest to Bank of America National Association, su ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Michael Schwartzberg | on behalf of Debtor Nadav J. Praff michael@jerseylaws.com |
| Steven P. Kartzman | on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6